Eastern District of Kentucky
**FILED**

JUL 0 6 2016

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 16-cv-00062-HRW    ELECTRONICALLY FILED

TRISTINA BURCHETT,    PLAINTIFF

VS.    **ORDER GRANTING COMMISSIONER'S MOTION TO DISMISS**

CAROLYN W. COLVIN, Acting Commissioner    DEFENDANT
of Social Security.

\*\*\*\*\*\*\*

THE COURT, having reviewed the Commissioner's Motion to Dismiss Plaintiff's Complaint in Part, and being fully advised in the premises, HEREBY ORDERS that the motion is GRANTED. Plaintiff's claims asserting violation of her due process rights and violation of 42 U.S.C. §§ 405(u) and 1383(e)(7) are dismissed with prejudice and paragraphs 18, 19, and 20 are stricken from Plaintiff's Complaint. Defendant shall answer the remaining allegations of Plaintiff's Complaint and file a certified administrative transcript within 14 days of this Order.

This 6th day of July, 2016.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge